UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PETER MENGEL,

      Plaintiff,                Case No. 17-11855

v.                              HON. GEORGE CARAM STEEH

JAMES KING,

      Defendant.

_____/


ORDER ACCEPTING REPORT
AND RECOMMENDATION

      On July 31, 2018, Magistrate Judge Mona K. Majzoub issued a report

and recommendation that advises the court to grant Defendant's motion for

summary judgment.  Plaintiff has filed neither a response to Defendant's

motion for summary judgment nor objections to the report and

recommendation.

      With respect to reports and recommendations from magistrate

judges, this court "shall make a de novo determination of those portions of

the report or specified proposed findings or recommendations to which

objection is made." 28 U.S.C. § 636(b)(1)(C).  The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

The magistrate judge recommends that the court grant Defendant's motion for summary judgment because Plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act. Upon review of the record, the court agrees with the magistrate judge's analysis and recommendation.

IT IS HEREBY ORDERED that that the magistrate judge's report and recommendation (Doc. 11) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (Doc. 10) is GRANTED and Plaintiff's complaint is DISMISSED.

Dated: August 22, 2018                    s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 22, 2018, by electronic and/or ordinary mail.

                    s/Marcia Beauchemin
                    Deputy Clerk

2